**Weiner Law Group LLP**
Lawrence M. Berkeley
Attorney ID No: 7706
629 Parsippany Road
Parsippany, New Jersey 07054
Telephone (973) 403-1100
LMBerkeley@weiner.law
Attorneys for **Defendant, Costco Wholesale Corporation**
Our File No. COST-176

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JENIFFER PARK**<br><br>    Plaintiff<br><br>vs.<br><br>**COSTCO WHOLESALE CORPORATION, ABC LANDSCAPING COMPANY, a fictitiously named company, "JOHN DOES 1-5, and ABC COMPANIES 1-5", (both being fictitious designations)**<br><br>    Defendants | CIVIL ACTION NO.: |

**DISCLOSURE STATEMENT**

The undersigned counsel for defendant, Costco Wholesale Corporation, certifies that this party is a non-governmental corporate party and that:

This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

                                            None

**OR**

**X** This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

                                                                                                                   */s/ Lawrence Berkeley*
                                                                                                                   LAWRENCE M. BERKELEY
                                                                                                                   WEINER LAW GROUP LLP
                                                                                                                   629 Parsippany Road
                                                                                                                   Parsippany, NJ 07054

Dated: April 22, 2024